The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILIP KHOO,<br><br>                Plaintiff,<br><br>    v.<br><br>T-MOBILE USA INC., and<br>JOHN DOES 1-25,<br><br>                Defendants. | No. 2:22-cv-00132-JCC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTED FOR CONSIDERATION:<br>March 28, 2022 |

## **STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiff Philip Khoo and Defendant T-Mobile USA, Inc., by and through their attorneys of record, stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. Plaintiff filed this lawsuit on February 4, 2022 (Dkt. #1).

2. Defendant waived service of the Summons and Complaint on February 4, 2022, making its response to the Complaint due April 5, 2022 (Dkt. #8).

3. The parties have agreed to briefly extend the deadline for Defendant to respond to the Complaint from April 5, 2022 to May 6, 2022. The parties further request that the Court reset the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report deadline to reflect the new deadline for Defendant to respond to the Complaint.

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 1
4861-8847-0040v.2 0102559-000047

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. This is the first extension requested by either party in this case.

5. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 28th day of March, 2022.

| BORIS DAVIDOVSKIY, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Boris Davidovskiy*<br>   Boris Davidovskiy, WSBA #50593<br>6100 219th Street SW, Suite 480<br>Mountlake Terrace, WA 98043<br>Tel: 425.582.5200<br>Fax: 425.582.5222<br>boris@davidovskiylaw.com<br><br>***Attorney for Plaintiff*** | By: *s/ Rachel Herd*<br>   Stephen M. Rummage, WSBA #11168<br>   Rachel Herd, WSBA #50339<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206.622.3150<br>Fax: 206.757.7700<br>steverummage@dwt.com<br>rachelherd@dwt.com<br><br>***Attorneys for Defendant T-Mobile USA, Inc.*** |

## ORDER

Based on the foregoing stipulation, the Court ORDERS that Defendant's deadline to respond to the Complaint is extended to May 6, 2022 and states it will reset the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report deadline to reflect the new deadline for Defendant to respond to the Complaint.

DATED this 29th day of March 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 2
4861-8847-0040v.2 0102559-000047

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

| | |
|---|---|
| BORIS DAVIDOVSKIY, P.C. | DAVIS WRIGHT TREMAINE LLP |
| By: *s/ Boris Davidovskiy* | By: *s/ Rachel Herd* |
| Boris Davidovskiy, WSBA #50593 | Stephen M. Rummage, WSBA #11168 |
| 6100 219th Street SW, Suite 480 | Rachel Herd, WSBA #50339 |
| Mountlake Terrace, WA 98043 | 920 Fifth Avenue, Suite 3300 |
| Tel: 425.582.5200 | Seattle, WA 98104-1610 |
| Fax: 425.582.5222 | Tel: 206.622.3150 |
| boris@davidovskiylaw.com | Fax: 206.757.7700 |
| | steverummage@dwt.com |
| | rachelherd@dwt.com |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendant T-Mobile USA, Inc.*** |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 3
4861-8847-0040v.2 0102559-000047

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax