The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP KHOO,

                Plaintiff,

v.

T-MOBILE USA INC., and JOHN DOES 1-25,

                Defendants.

No. 2:22-cv-00132-JCC

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

NOTED FOR CONSIDERATION:
July 12, 2022

**STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiff Philip Khoo and Defendant T-Mobile USA, Inc., by and through their attorneys of record, stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. Plaintiff filed this lawsuit on February 4, 2022 (Dkt. #1).

2. Defendant waived service of the Summons and Complaint on February 4, 2022, making its response to the Complaint due April 5, 2022 (Dkt. #8).

3. On March 29, 2022, the Court granted the parties' first Stipulated Motion to Extend the deadline for Defendant to respond to the Complaint to May 6, 2022 (Dkt. #10). On May 5, 2022, the Court granted the parties' second Stipulated Motion to Extend the deadline for Defendant to respond to the Complaint to June 6, 2022 (Dkt. #13). On June 30, 2022, the Court

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 1
4869-8788-3550v.1 0102559-000493

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

granted the parties' third Stipulated Motion to Extend the deadline for Defendant to respond to the Complaint to July 15, 2022.

4. The parties have agreed to again extend the deadline for Defendant to respond to the Complaint from July 15, 2022 to August 15, 2022 to allow for settlement discussions. The parties further request that the Court reset the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report deadline to reflect the new deadline for Defendant to respond to the Complaint.

5. This is the fourth extension requested by either party in this case.

6. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 12th day of July, 2022.

| BORIS DAVIDOVSKIY, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Boris Davidovskiy*<br>    Boris Davidovskiy, WSBA #50593<br>6100 219th Street SW, Suite 480<br>Mountlake Terrace, WA 98043<br>Tel: 425.582.5200<br>Fax: 425.582.5222<br>boris@davidovskiylaw.com<br><br>***Attorney for Plaintiff*** | By: *s/ Rachel Herd*<br>    Stephen M. Rummage, WSBA #11168<br>    Rachel Herd, WSBA #50339<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Tel: 206.622.3150<br>Fax: 206.757.7700<br>steverummage@dwt.com<br>rachelherd@dwt.com<br><br>***Attorneys for Defendant T-Mobile USA, Inc.*** |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 2
4869-8788-3550v.1 0102559-000493

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Based on the foregoing stipulation, the Court ORDERS that Defendant's deadline to respond to the Complaint is extended to August 15, 2022, and states it will reset the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report deadline to reflect the new deadline for Defendant to respond to the Complaint.

DATED this 12th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

| BORIS DAVIDOVSKIY, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Boris Davidovskiy* | By: *s/ Rachel Herd* |
|     Boris Davidovskiy, WSBA #50593 |     Stephen M. Rummage, WSBA #11168 |
| 6100 219th Street SW, Suite 480 |     Rachel Herd, WSBA #50339 |
| Mountlake Terrace, WA 98043 | 920 Fifth Avenue, Suite 3300 |
| Tel: 425.582.5200 | Seattle, WA  98104-1610 |
| Fax: 425.582.5222 | Tel: 206.622.3150 |
| boris@davidovskiylaw.com | Fax: 206.757.7700 |
|  | steverummage@dwt.com |
| *Attorney for Plaintiff* | rachelherd@dwt.com |
|  |  |
|  | *Attorneys for Defendant T-Mobile USA, Inc.* |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 3
4869-8788-3550v.1 0102559-000493

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax