The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILIP KHOO,

    Plaintiff,

v.

T-MOBILE USA INC., and JOHN DOES 1-25,

    Defendants.

No. 2:22-cv-00132-JCC

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

NOTED FOR CONSIDERATION:
August 15, 2022

## STIPULATION

Pursuant to Local Civil Rule 10(g), Plaintiff Philip Khoo and Defendant T-Mobile USA, Inc., by and through their attorneys of record, stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. Plaintiff filed this lawsuit on February 4, 2022 (Dkt. #1).

2. Defendant waived service of the Summons and Complaint on February 4, 2022, making its response to the Complaint due April 5, 2022 (Dkt. #8).

3. The Court has granted the parties' four prior stipulated motions to extend the deadline for Defendant to respond to the Complaint.

4. The parties have agreed to a short extension to extend the deadline for Defendant to respond to the Complaint from August 15, 2022 to September 6, 2022 to allow for the

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 1
4869-8788-3550v.1 0102559-000493

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

continuation of active settlement discussions.  The parties further request that the Court reset the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report deadline to reflect the new deadline for Defendant to respond to the Complaint.

5. This is the fifth extension requested by either party in this case.

6. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 15th day of August, 2022.

| BORIS DAVIDOVSKIY, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Boris Davidovskiy* <br> Boris Davidovskiy, WSBA #50593 <br> 6100 219th Street SW, Suite 480 <br> Mountlake Terrace, WA 98043 <br> Tel: 425.582.5200 <br> Fax: 425.582.5222 <br> boris@davidovskiylaw.com <br><br> **Attorney for Plaintiff** | By: *s/ Rachel Herd* <br> Stephen M. Rummage, WSBA #11168 <br> Rachel Herd, WSBA #50339 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA  98104-1610 <br> Tel: 206.622.3150 <br> Fax: 206.757.7700 <br> steverummage@dwt.com <br> rachelherd@dwt.com <br><br> **Attorneys for Defendant T-Mobile USA, Inc.** |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 2
4869-8788-3550v.1 0102559-000493

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

Based on the foregoing stipulation, the Court ORDERS that Defendant's deadline to respond to the Complaint is extended to September 6, 2022, and states it will reset the deadlines for the FRCP 26(f) conference, initial disclosure deadline, and joint status report deadline to reflect the new deadline for Defendant to respond to the Complaint.

DATED this 15th day of August 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

| BORIS DAVIDOVSKIY, P.C. | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Boris Davidovskiy* <br> Boris Davidovskiy, WSBA #50593 <br> 6100 219th Street SW, Suite 480 <br> Mountlake Terrace, WA 98043 <br> Tel: 425.582.5200 <br> Fax: 425.582.5222 <br> boris@davidovskiylaw.com <br><br> ***Attorney for Plaintiff*** | By: *s/ Rachel Herd* <br> Stephen M. Rummage, WSBA #11168 <br> Rachel Herd, WSBA #50339 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA  98104-1610 <br> Tel: 206.622.3150 <br> Fax: 206.757.7700 <br> steverummage@dwt.com <br> rachelherd@dwt.com <br><br> ***Attorneys for Defendant T-Mobile USA, Inc.*** |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - (2:22-cv-00132-JCC) - 3
4869-8788-3550v.1 0102559-000493

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax